JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA BRYANT,<br>   Petitioner,<br>  v.<br>MOLLY HILL, *Warden*,<br>   Respondent. | Case No. ED CV 15-1217 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: December 13, 2017

          */s/ Christina A. Snyder*
          HON. CHRISTINA A. SNYDER
          UNITED STATES DISTRICT JUDGE